## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Heidi Hollis

                Plaintiff,

v.

                                          Case No.: 1:18–cv–07840
Select Rehabilitation                               Honorable Steven C. Seeger

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 28, 2020:

      MINUTE entry before the Honorable Sidney I. Schenkier: Settlement conference held. By 5:00 p.m. on 01/30/20, each side shall separately notify the Court by email (sidney_schenkier@ilnd.uscourts.gov) as to whether that side accepts the Court&#0;39;s settlement recommendation. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.