# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| HEIDI HOLLIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-CV-7840 |
| | ) | |
| v. | ) | Judge Steven C. Seeger |
| | ) | |
| SELECT REHABILITATION, | ) | |
| | ) | Jury Trial Demanded |
| Defendant. | ) | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Heidi Hollis, and Defendant, Select Rehabilitation, hereby submit this Joint Stipulation to Dismiss with Prejudice the above-captioned action, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a).

WHEREFORE, the Parties respectfully request that the Court dismiss the above captioned matter with prejudice and without costs.

Dated: February 24, 2020                                   Respectfully submitted,

*/s/ Jill Weinstein*                                        */s/ Diane Walker*
Erika Pedersen                                              Diane Walker
Jill Weinstein                                              Kristen Wolfe Roberts
Attorneys for Plaintiff                                     Attorneys for Defendant

Pedersen & Weinstein LLP                                    Walker Morton LLP
33 N. Dearborn Street, Suite 1170                           Two Prudential Plaza
Chicago, IL  60602                                          180 North Stetson Ave., 47th Floor
(312) 322-0710                                              Chicago, Illinois 60601
epedersen@pwllp.com                                         dwalker@walkermortonllp.com
jweinstein@pwllp.com                                        kroberts@walkermortonllp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 24, 2020, a copy of the foregoing *Joint Stipulation to Dismiss with Prejudice* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic case filing system. Parties may access this filing through the Court's system.

Diane Walker
Kristen Wolfe Roberts
Walker Morton LLP
Two Prudential Plaza
180 North Stetson Ave., 47th Floor
Chicago, Illinois 60601
dwalker@walkermortonllp.com
kroberts@walkermortonllp.com

David B. Goroff
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, Illinois 60654
dgoroff@foley.com

                                                  */s/ Jill Weinstein*

Erika Pedersen
Jill Weinstein
**PEDERSEN & WEINSTEIN LLP**
33 N. Dearborn Street, Suite 1170
Chicago, IL 60602
(312) 322-0710
(312) 322-0717 (facsimile)